IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                      No. 4:14CR00042-01 JLH

SANTONIO TURNER                                                                    DEFENDANT

### ORDER

Pending before the Court is defendant's Unopposed Motion to Continue the supervised release revocation hearing currently set for June 12, 2014. The motion is GRANTED. Docket #5. The hearing on the pending motion to revoke supervised release of defendant Santonio Turner is hereby rescheduled for **THURSDAY, SEPTEMBER 11, 2014, at 2:00 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Docket #3.

IT IS SO ORDERED this 2nd day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE